UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY, as subrogee of PANTIGO, LLC<br><br>　　　　　　　Plaintiff,<br><br>　-v-<br><br>PACE PLUMBING CORP.<br><br>　　　　　　　Defendant. | :<br>:<br>:　Case No. 1:13-cv-04078-GBD<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsels that the above-captioned action is voluntarily dismissed, without prejudice against the defendant Pace Plumbing Corp. pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: September 16, 2013

Respectfully submitted,
Cozen O'Connor                                                     Wilson Elser Moskowitz Edelman & Dicker LLP

/s/Matthew F. Noone                                           /s/Daniel J. Morse (with permission)
Matthew F. Noone                                               Daniel J. Morse
1900 Market Street                                              150 East 42nd Street
Philadelphia, PA 19103                                       New York, NY 10017
215-665-2192                                                       212-915-5248
215-701-2192 (fax)                                              212-490-3038 (fax)
mnoone@cozen.com                                          daniel.morse@wilsonelser.com

/s//Robert Phelan                                                *Attorneys for Defendant*
Robert William Phelan                                       *Pace Plumbing Corp.*
Cozen O'Connor
45 Broadway
New York, NY 10006
(212) 908-1274
(212)509-9492 (fax)
rphelan@cozen.com

*Attorneys for Plaintiff*
*American Automobile Insurance Company*

LEGAL\17258775\1